**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0516 | E 2465751 | BRADLEY KOESTER | 962 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 05/15/2025 | 18 USC 1701 |

Place of Offense: USPS - COLUMBUS P&DC, 2323 CITYGATE DR, COLUMBUS, OH 43218

Offense Description: Factual Basis for Charge:
POSTAL EMPLOYEE ROBERT WIGTON KNOWINGLY & WILLFULLY OBSTRUCTED THE PASSAGE OF US MAIL BY OPENING & REMOVING CONTENTS.

**DEFENDANT INFORMATION**

Last Name: WIGTON
First Name: ROBERT
M.I.: E.

Tag No: N/A

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: TBD
Date: _____
Time: _____

X Defendant Signature: [signature]

Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on MAY 15, 2025 while exercising my duties as a law enforcement officer in the SOUTHERN District of OHIO

SEE ATTACHED PC STATEMENT.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2025
Officer's Signature: [signature] #962

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/29/2025 12:45